Pro Se 15 (Rev. 12/16) Complaint for Violation of Civil Rights (Non–Prisoner)

ORIGINAL

UNITED STATES DISTRICT COURT
for the
District of Hawaii
_____ Division

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII
JUL 09 2020
at 4 o'clock and 10 min. P M
CLERK, U.S. DISTRICT COURT

Donald Jeffries
_____
Plaintiff(s)
(Write the full name of each plaintiff who is filing this complaint.
If the names of all the plaintiffs cannot fit in the space above,
please write "see attached" in the space and attach an additional
page with the full list of names.)

-v-

Foodland Grocery
Ramonsita Logan
Aumauinuuese S Puni
_____
Defendant(s)
(Write the full name of each defendant who is being sued. If the
names of all the defendants cannot fit in the space above, please
write "see attached" in the space and attach an additional page
with the full list of names. Do not include addresses here.)

Case No. CV20 00304 JMS WRP
(to be filled in by the Clerk's Office)

Jury Trial: (check one)  ☐ Yes  ☑ No

# COMPLAINT FOR VIOLATION OF CIVIL RIGHTS
(Non-Prisoner Complaint)

### NOTICE

Federal Rules of Civil Procedure 5.2 addresses the privacy and security concerns resulting from public access to electronic court files. Under this rule, papers filed with the court should *not* contain: an individual's full social security number or full birth date; the full name of a person known to be a minor; or a complete financial account number. A filing may include *only*: the last four digits of a social security number; the year of an individual's birth; a minor's initials; and the last four digits of a financial account number.

Except as noted in this form, plaintiff need not send exhibits, affidavits, grievance or witness statements, or any other materials to the Clerk's Office with this complaint.

In order for your complaint to be filed, it must be accompanied by the filing fee or an application to proceed in forma pauperis.

Pro Se 15 (Rev. 12/16) Complaint for Violation of Civil Rights (Non–Prisoner)

I. **The Parties to This Complaint**

   A. **The Plaintiff(s)**

   Provide the information below for each plaintiff named in the complaint. Attach additional pages if needed.
   Name: Donald Jeffries
   Address: 99-040 Kauhale St #1823
   Aiea   HI   96701
   City   State   Zip Code
   County: Oahu
   Telephone Number: 305 834 2458
   E-Mail Address:

   B. **The Defendant(s)**

   Provide the information below for each defendant named in the complaint, whether the defendant is an individual, a government agency, an organization, or a corporation. For an individual defendant, include the person's job or title (if known) and check whether you are bringing this complaint against them in their individual capacity or official capacity, or both. Attach additional pages if needed.

   Defendant No. 1
   Name: Foodland
   Job or Title (if known): Corporate Office
   Address: 3536 Harding Ave
   Honolulu   HI   96816
   City   State   Zip Code
   County: Oahu
   Telephone Number: 808-732-0791
   E-Mail Address (if known): services@foodland.com
   [ ] Individual capacity   [✓] Official capacity

   Defendant No. 2
   Name: Tom Aumauinuu-ese S Puni
   Job or Title (if known): Security officer
   Address:
   City   State   Zip Code
   County:
   Telephone Number:
   E-Mail Address (if known):
   [✓] Individual capacity   [ ] Official capacity

Pro Se 15 (Rev. 12/16) Complaint for Violation of Civil Rights (Non–Prisoner)

Defendant No. 3
Name
Job or Title *(if known)*
Address

        *City*        *State*        *Zip Code*

County
Telephone Number
E-Mail Address *(if known)*

☐ Individual capacity      ☐ Official capacity

Defendant No. 4
Name
Job or Title *(if known)*
Address

        *City*        *State*        *Zip Code*

County
Telephone Number
E-Mail Address *(if known)*

☐ Individual capacity      ☐ Official capacity

## II. Basis for Jurisdiction

Under 42 U.S.C. § 1983, you may sue state or local officials for the "deprivation of any rights, privileges, or immunities secured by the Constitution and [federal laws]." Under *Bivens v. Six Unknown Named Agents of Federal Bureau of Narcotics, 403 U.S. 388 (1971)*, you may sue federal officials for the violation of certain constitutional rights.

A. Are you bringing suit against *(check all that apply)*:

☐ Federal officials (a *Bivens* claim)

☑ State or local officials (a § 1983 claim)

B. Section 1983 allows claims alleging the "deprivation of any rights, privileges, or immunities secured by the Constitution and [federal laws]." 42 U.S.C. § 1983. If you are suing under section 1983, what federal constitutional or statutory right(s) do you claim is/are being violated by state or local officials?

Disability, Civil Rights, Defamation of Character

C. Plaintiffs suing under *Bivens* may only recover for the violation of certain constitutional rights. If you are suing under *Bivens*, what constitutional right(s) do you claim is/are being violated by federal officials?

*(I have video + Pictures)*

I entered the Foodland Dillingham location on July 8, 2020 and security asked if I had a mask, I explained that I have a breathing disability that prevents me from wearing a mask. I was told I could not enter store. I metioned that I have my covid-19 test (Negative Result), a proclomation from mayors [governor] office that states that because of my type of disability I am exempt from wearing a face covering because its a health risk to me.

The security guy said he dont decide and called manager while Im trying to buy Item manager tells me to leave, I offered to show my documents as proof, she stated she didnt want to see them and she will consult with another manger I also informed them that I spoke with police about It and they said that I was correct and it is an ADA (Disability Issue) and they cant make them allow me in store, manager then say the police can't make them or do anything to them, they don't answer to police. The manager began getting loud in front of customers and security start laughing. After leavens a filing police report a freiend told me there was a post of me on a facebook groupsite the security officer from food land posted my picture (of incident)

and degraded me saying untrue things cause people to share the post that have people I work with, even other business saying I can't come to their locations.

I made a police report against store manager Ramonsita @ logan also told me she was aware of other reports. But after police arrive she offers a face sheild to wear. but after I mentioned that I request security to accommodation by helping me, but she refused to accommodate

Pro Se 15 (Rev. 12/16) Complaint for Violation of Civil Rights (Non–Prisoner)

D. Section 1983 allows defendants to be found liable only when they have acted "under color of any statute, ordinance, regulation, custom, or usage, of any State or Territory or the District of Columbia." 42 U.S.C. § 1983. If you are suing under section 1983, explain how each defendant acted under color of state or local law. If you are suing under *Bivens*, explain how each defendant acted under color of federal law. Attach additional pages if needed.

I'm a regular shopper at grocery (Foodland) I entered the dillingham location I was refused service because I didn't have face mask I explained that I have respiratory (Breathing) issues and can't where mask will cause me to hyperventalate, they told me to leave store, and other things (see attached)

III. **Statement of Claim**

State as briefly as possible the facts of your case. Describe how each defendant was personally involved in the alleged wrongful action, along with the dates and locations of all relevant events. You may wish to include further details such as the names of other persons involved in the events giving rise to your claims. Do not cite any cases or statutes. If more than one claim is asserted, number each claim and write a short and plain statement of each claim in a separate paragraph. Attach additional pages if needed.

A. Where did the events giving rise to your claim(s) occur?

Foodland grocery on dil

B. What date and approximate time did the events giving rise to your claim(s) occur?

C. What are the facts underlying your claim(s)? *(For example: What happened to you? Who did what? Was anyone else involved? Who else saw what happened?)*

Page 4 of 6

Pro Se 15 (Rev. 12/16) Complaint for Violation of Civil Rights (Non–Prisoner)

### IV. Injuries

If you sustained injuries related to the events alleged above, describe your injuries and state what medical treatment, if any, you required and did or did not receive.

### V. Relief

State briefly what you want the court to do for you. Make no legal arguments. Do not cite any cases or statutes. If requesting money damages, include the amounts of any actual damages and/or punitive damages claimed for the acts alleged. Explain the basis for these claims.

## VI. Certification and Closing

Under Federal Rule of Civil Procedure 11, by signing below, I certify to the best of my knowledge, information, and belief that this complaint: (1) is not being presented for an improper purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation; (2) is supported by existing law or by a nonfrivolous argument for extending, modifying, or reversing existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Rule 11.

### A. For Parties Without an Attorney

I agree to provide the Clerk's Office with any changes to my address where case–related papers may be served. I understand that my failure to keep a current address on file with the Clerk's Office may result in the dismissal of my case.

Date of signing: 07-9-20

Signature of Plaintiff: *[signature]*
Printed Name of Plaintiff: Donald Jeffries

### B. For Attorneys

Date of signing:

Signature of Attorney
Printed Name of Attorney
Bar Number
Name of Law Firm
Address

City    State    Zip Code

Telephone Number
E-mail Address